UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREDRIC GEERTZ,

        Plaintiff,

      v.                                  Case No. 11-C-0700

ZIMMER, INC.; ZIMMER HOLDINGS, INC.;
ZIMMER TRI-STATE D/B/A TRI-STATE
ORTHOPAEDIC D/B/A ZIMMER INC.;
ZIMMER ORTHOPAEDIC SURGICAL PROJECTS, INC.,

        Defendants.

## ORDER GRANTING MOTION FOR STAY

Having considered the Plaintiff's Ex Parte Motion Seeking Stay Pending the Outcome of Multi-District Litigation ("MDL") Hearing, and for good cause shown, the Court hereby orders as follows:

(a) This case, and the parties' obligations to answer or otherwise respond to the Plaintiff's complaint, shall be stayed pending outcome of the July 28, 2011 MDL Joint Panel hearing;

(b) In the event the MDL grants the motions for consolidation and coordination, the stay of this action shall remain in effect pending final resolution of any appeal filed;

(c) Any party may move this Court to lift the stay at any time for good cause shown and a new time to answer or otherwise respond to the Plaintiff's complaint will be re-calendared at that time.

     **SO ORDERED** this    5th    day of August, 2011.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge